```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                              WESTERN DIVISION
```

BOBBY MOSBY                                              PLAINTIFF

VS.                             CIVIL ACTION NO. 5:05-cv-174(DCB)(JMR)

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, WILBUR JORDAN,
YOLANDA B. WHITE, JOHN DOE ENTITIES
1-5, AND JOHN DOE PERSONS 1-5                            DEFENDANTS

<u>ORDER OF REMAND</u>

This cause having come before the Court on the plaintiff Bobby Mosby's motion to remand, and the Court having granted the motion in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this cause is remanded to the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 28th day of September, 2006.

<u>S/DAVID BRAMLETTE</u>
UNITED STATES DISTRICT JUDGE